RELATED DDJ

# UNITED STATES DISTRICT COURT
for the
Central District of California

EASTERN Division

FILED
CLERK, U.S. DISTRICT COURT
10/29/2024
CENTRAL DISTRICT OF CALIFORNIA
BY     AP     DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

Karla Jenett Moore

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

San Bernardino County Child & Family Services Administration
City of San Bernardino

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No.  5:24-cv-02309-JGB(DTB)
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ✓ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

**I.   The Parties to This Complaint**

   **A.   The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Karla Jenett Moore |
   | Street Address | 1615 Wilcox Ave #309 |
   | City and County | Los Angeles |
   | State and Zip Code | Ca 90028 |
   | Telephone Number | 949-282-7565 |
   | E-mail Address | Brandbusinessinc@gmail.com |

   **B.   The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: San Bernardino County Child & Family Services Administration
- Job or Title (if known):
- Street Address: 150 S. Lena Road
- City and County: San Bernardino
- State and Zip Code: Ca 92415
- Telephone Number: 909-388-0242
- E-mail Address (if known):

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**II.   Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question     ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.   If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

malicious prosecution under § 1983

**B.   If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Karla Jenett Moore, is a citizen of the State of *(name)* California.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* San Bernardino County Child and Family Ser, is incorporated under the laws of the State of *(name)* California, and has its principal place of business in the State of *(name)* California.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____.  Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.      If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$52,000,000.00 severe malicious act(s) (AND OTHER VIOLATIONS) caused by San Bernardino County Child & Family Services Administration, in which I was and am innocent after everything was INTENTIONALLY inflicted upon me.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plaintiff Karla Jenett Moore; was severely harmed by County of San Bernardino Child and Family Services. The case of numerous charges was ignored and mysteriously vanished. Commencing FROM: THREE YEARS after a felony can legally be acted upon for prosecution in CA; February 10, 2021: legally TWO YEARS FROM THIS DATE 02/10/24; TO FILE A STATUTE OF LIMITATION LAWSUIT. I notified SAN BERNARDINO COUNTY 03/08/2024 , I AMENDED THE CLAIM 04/26/2024 SAN BERNARDINO COUNTY NOTIFIED PLAINTIFF KARLA JENETT
MOORE TO FILE. GOVERNMENT CODE SECTION 945.6 ; also framing person in criminal action in order to

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

ALL CAUSES OF ACTION CAUSED PLAINTIFF EMOTIONAL,MENTAL PHYSIOLOGICAL DAMAGE
First cause of action- VIOLATION OF U.S.C. 1983 malicious prosecution: in excess of 20, 00,000.00
Second cause of action- VIOLATION OF U.S.C. 1983 DUE PROCESS: excess on 20,000,000.00
Third cause of action- VIOLATION OF U.S.C. 1983 CLAIM AGAINST LOCAL GOVERNING BODIES DEFENDAN
BASED ON FAILURE TO TRAIN - excess of 1,000,000.00

Fouth cause of action- VIOLATION OF U.S.C. 1983 CLAIM AGAINST LOCAL GOVERNING BODIES DEFENDAN
BASED
ON OFFICIAL POLICY, PRACTICE OR CUSTOM- excess of 1,000,000.00
Fifth cause of action-  VIOLATION OF U.S.C. 1983 SUBSTANITIVE DUE PROCESS: excess on 10,000,000.00

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/29/2024

Signature of Plaintiff
Printed Name of Plaintiff    Karla Jenett Moore

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address